No. 92–6480.  KESNER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–6500.  HOLM *v.* UNITED STATES; and
No. 92–6574.  LaFLEUR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 971 F. 2d 200.

No. 92–6509.  SASSER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–6521.  BLOUNT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–6530.  GRIFFIN *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–6570.  WEAVER ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6572.  DILL *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 92–6587.  TRAN VAN KHIEM *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 92–6594.  HILL *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 92–6595.  GRANT *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–6597.  GAUDET *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6605.  MEEK *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–6611.  WHITSON *v.* CITY OF URBANDALE, IOWA.  Ct. App. Iowa.  Certiorari denied.

No. 92–6617.  TARANGO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6620.  WILLIAMS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari denied.